IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MERLE T. RUTLEDGE, | ) | |
| | ) | 4:10CV00035 |
|     Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TOWN OF CHATHAM, ET AL. | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
|     Defendants | ) | |

For the reasons set forth in the Memorandum Opinion entered contemporaneously with this Order, the Plaintiff's claims against the Commonwealth of Virginia, Governor Robert McDonnell, Governor Janice Brewer, Attorney General Kenneth Cuccinelli II, Attorney General Terry Goddard, the City of Danville, the City of Danville Police Department, the Pittsylvania County Board of Supervisors, the Town of Chatham, the Town of Chatham Police Department, Chatham Police Chief Marvin Wright, and the Danville City Attorney are **DISMISSED WITHOUT PREJUDICE**. The Motions to Dismiss filed by these Defendants (ECF Nos. 9, 11, 15, 20, 35, and 37) are now **MOOT**, except the Motion to Dismiss filed by the Town of Chatham, the Chatham Police Department, Chatham Police Chief Marvin Wright, and Chatham Police Officer Roach (ECF No. 33), which is now **MOOT AS TO ALL DEFENDANTS EXCEPT OFFICER ROACH.**

Entered this 30th day of September, 2010.

                                                s/Jackson L. Kiser
                                                Senior United States District Judge