IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MERLE T. RUTLEDGE, JR., | ) | |
| | ) | 4:10CV00035 |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| TOWN OF CHATHAM, ET AL. | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants | ) | |

Before me are Defendant Officer Nathan Roach's Motion to Dismiss and Plaintiff Merle Rutledge, Jr.'s Motion to Amend. Mot. to Dismiss, Sept. 29. 2010, ECF No. 33; Mot. to Amend, Oct. 27, 2010, ECF No. 52. A Roseboro notice was mailed to the pro se Plaintiff on September 30th, 2010. Roseboro Notice, Sept. 30, 2010, ECF No. 39. The Court conducted a hearing on these two motions on November 16th, 2010. For the reasons explained in the Memorandum Opinion that accompanies this Order, the Plaintiff's Motion to Amend is **DENIED** and the Defendant's Motion to Dismiss is **GRANTED**. The dismissal is **WITH PREJUDICE**.

Entered this 18th day of November, 2010.

                                                       s/Jackson L. Kiser
                                                       Senior United States District Judge